IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEBRA EARL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. CV 06-786-JPG |
| | ) | |
| CMH HOMES, INC., doing business as Clayton Homes, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: August 17, 2007**

                                                NORBERT G. JAWORSKI, Clerk

                                              s/Brenda K. Lowe
                                              By: Deputy Clerk

**APPROVED:**   s/J. Phil Gilbert
                       J. PHIL GILBERT
                       U. S. DISTRICT JUDGE